UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 24-MJ-48 |
| | : | |
| MATTHEW STALLINGS | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| Defendant. | : | (Civil Disorder) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers Using a Deadly or |
| | : | Dangerous Weapon and Inflicting Bodily |
| | : | Injury on Certain Officers) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) and |
| | : | (B) (Entering and Remaining in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon Resulting in |
| | : | Significant Bodily Injury) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) and |
| | : | (B) (Disorderly and Disruptive Conduct in |
| | : | a Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon Resulting in |
| | : | Significant Bodily Injury) |
| | : | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) and |
| | : | (B) (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon Resulting in |
| | : | Significant Bodily Injury) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MATTHEW STALLINGS** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **MATTHEW STALLINGS**, using a deadly and dangerous weapon, that is, chemical spray, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, and inflict bodily injury on, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Inflicting Bodily Injury on Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **MATTHEW STALLINGS** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-

off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, chemical spray, and the offense resulted in significant bodily injury.

**(Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon Resulting in Significant Bodily Injury**, in violation of Title 18, United States Code, Section 1752(a)(1) and (b)(1)(A) and (B))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **MATTHEW STALLINGS** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, chemical spray, and the offense resulted in significant bodily injury.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon Resulting in Significant Bodily Injury**, in violation of Title 18, United States Code, Section 1752(a)(2) and (b)(1)(A) and (B))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **MATTHEW STALLINGS** did knowingly engage in any act of physical violence against any person and property in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the

United States Capitol and its grounds, where the Vice President was and would be temporarily visiting and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, chemical spray, and the offense resulted in significant bodily injury.

**(Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon Resulting in Significant Bodily Injury**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A) and (B))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **MATTHEW STALLINGS** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **MATTHEW STALLINGS** willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds and any of the Capitol Buildings.

    (**Act of Physical Violence in the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

A TRUE BILL:


FOREPERSON.


_Matthew M. Graves/mjf_

Attorney of the United States in
and for the District of Columbia.