UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 24-CR-191 (CKK) |
| v. | : | |
| | : | |
| MATTHEW STALLINGS, | : | |
| | : | |
| Defendant. | : | |

### NOTICE REGARDING PLEA AGREEMENT

At a status conference on April 22, 2024, the Court ordered the parties to file a notice on the docket regarding the parties' plan to proceed via plea or trial by May 16, 2024. (Minute Entry, April 22, 2024). The Government hereby notifies the Court that the defendant has not yet entered into a plea agreement and, accordingly, the Government requests a template for a pretrial scheduling order.

On March 12, 2024, the government extended a plea offer to the defendant, which originally expired on March 31, 2024. After discussions with the defense, the Government extended this deadline to May 8, 2024. Although it is possible that the parties will reach an agreement, at this time the Government recommends establishing a trial date.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov

/s/ *Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee

                                                  1400 New York Ave NW, 11th Floor  
                                                  Washington, D.C. 20005  
                                                  (202) 514-6256  
                                                  jason.manning@usdoj.gov