# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 24-CR-191 (CKK) |
| v. : | |
| : | |
| MATTHEW STALLINGS, : | |
| : | |
| Defendant. : | |

## NOTICE REGARDING PLEA AGREEMENT

The Court ordered the parties to file a notice on the docket regarding the parties' plan to proceed via plea or trial by May 28, 2024. (Minute Entry, May 20, 2024). The Government hereby notifies the Court that the defendant has entered into a plea agreement.

Accordingly, the Government requests a change of plea hearing as expeditiously as possible based on the availability of all the parties.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  /s/ *Eli J. Ross*
Eli J. Ross
Assistant United States Attorney
IL Bar No. 6321411
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 297-1515
Email: Eli.Ross@usdoj.gov


/s/ *Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
jason.manning@usdoj.gov